| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

DEMETRIUS SHERMAN JOSEPH, SR., §
　　　　　　　　　　　　　　　　 §
　　　　　Plaintiff,　　　　　　　 §
　　　　　　　　　　　　　　　　 §
*versus*　　　　　　　　　　　　　§　　CIVIL ACTION NO. 1:20-CV-250
　　　　　　　　　　　　　　　　 §
WILLIAM R. JEFFERSON, JR., *et al.*, §
　　　　　　　　　　　　　　　　 §
　　　　　Defendants.　　　　　　 §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Demetrius Sherman Joseph, Sr., a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forms pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against William R. Jefferson, Jr., Christopher A. Wood, Mark A. Callahan, Francisco Garcia, and Brandon Howard.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On August 1, 2025, the magistrate judge recommended denying Plaintiff's motion for temporary restraining order. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#54) is **ADOPTED**. Plaintiff's motion for temporary restraining order (#43) is **DENIED**.

SIGNED at Beaumont, Texas, this 3rd day of September, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE